UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY C. McANARNEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 10-11769-LTS |
| ) | |
| SHAWN'S LAWNS, INC, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ON MOTION TO WITHDRAW

March 21, 2012

SOROKIN, C.M.J.,

The Court hereby ALLOWS counsel for Defendant Shawn's Lawns, Inc.'s Motion to Withdraw. (Docket #30). The Court hereby ORDERS a corporate representative from Shawn's Lawns, Inc. to personally appear at the hearing on Plaintiff's Motion to Compel on March 27, 2012, at 3:30 p.m. in Courtroom 24 before Chief Magistrate Judge Leo T. Sorokin. Plaintiff is hereby ORDERED to serve a copy of this Order on Shawn's Lawns, Inc.

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE